UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-------------------------------x
MIGUEL FELIZ,
                    Plaintiff,

              v.                        Civil Action No.
                                          09-4573 (KSH)

MICHAEL J. ASTRUE,
Commissioner of Social Security,         ORDER

                    Defendant.
-------------------------------x
```

This matter having been opened by the Court by Plaintiff, by and through his attorney Steven Gaechter, Esq., for an order reversing the decision of the Commissioner, or for an order remanding the case back to the Commissioner for further administrative proceedings, and the Court having considered the matter and having heard oral argument and rendered its decision on the record on June 14, 2010;

It is on this 18th day of June 2010,

**Ordered** that the Commissioner's decision is **AFFIRMED**.

_____
Katharine S. Hayden, U.S.D.J.